

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2014

No. 04-13-00883-CR

Santos **GUEVARA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4704
Honorable N. Keith Williams, Judge Presiding

## O R D E R

Appellant is represented on appeal by retained counsel, Mr. James R. Chapman. Mr. Chapman has already been granted one thirty-five day extension of time in which to file appellant's brief, which was due June 9, 2014. Mr. Chapman has filed a second motion asking for an extension of time until August 9, 2014. In his motion, Mr. Chapman states there are three appeals, including this one, pending before this court that are all inter-related, and he intends to file a motion to consolidate at a future date if it is determined that appellant is indigent in the third appeal (04-14-00303-CR). Mr. Chapman also states that a hearing on whether appellant is indigent is set for June 12, 2014, in that appeal.

Accordingly, we **ORDER** the motion for an extension of time **held in abeyance** until further order of this court. We further **ORDER** Mr. Chapman to file in this court on or before **June 19, 2014**, a letter stating: (1) the outcome of the indigency hearing in appellate cause number 04-14-00303-CR, and (2) whether appellant intends to pursue his appeal in appellate cause number 04-13-00883-CR.

We further **order** the clerk of this court to serve a copy of this order on Mr. Chapman by certified mail, return receipt requested, and by regular United States mail. The clerk is also ordered to serve a copy of this **order** by facsimile to the Honorable N. Keith Williams, Presiding Judge, 216th Judicial District Court, Gillespie County, Texas.

_____
Marialyn Barnard, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2014.



_____
Keith E. Hottle
Clerk of Court